UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

Civil Action No. 3:06CV20-K

| | |
|---|---|
| IMPACT SOLUTIONS, INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) **CONSENT JUDGMENT** |
| | ) |
| CONTROLLED SYSTEMS I, INC., | ) |
| | ) |
| Defendant. | ) |

THIS CAUSE comes on before the Court by and with the consent of the Parties who represent to the Court that they have reached a settlement of the case as hereinafter set forth:

1. Controlled Systems I, Inc. shall pay Twenty Five Hundred Dollars ($2,500.00) for attorney fees and costs to Weaver, Bennett & Bland, P.A.

2. Controlled Systems I, Inc. will provide a complete accounting of all checkbook sales to date within thirty (30) days, and will pay the ten cents ($.10) per checkbook royalty owed on each checkbook at the time the audit is tendered;

3. Controlled Systems I, Inc. will immediately pay all payments required under the original settlement

agreement, a copy of which is attached hereto marked as Exhibit A. Hereafter, if any payment is more than thirty (30) days past due, then all remaining sums under the agreement become immediately due and payable; and

4. The United States District Court for the Western District of North Carolina will approve this settlement and enter it as the Court's Judgment.

The Plaintiff's offer of the above stated terms of settlement and the acceptance by the Defendant of said settlement terms are attached hereto marked as Exhibit B.

WHEREFORE, IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that the Settlement between the parties is approved and entered as the judgment of the Court.

Signed: March 6, 2006

David C. Keesler
United States Magistrate Judge